# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: MANUEL CABRERA v. LVNV FUNDING LLC et al

Case Number: 1:26-cv-06861

An appearance is hereby filed by the undersigned as attorney for:
CREDIT CONTROL, LLC

Attorney name (type or print): PATRICK A. WATTS

Firm: MARTIN GOLDEN LYONS WATTS MORGAN, PLLC

Street address: 150 S. WACKER, STE. 2400

City/State/Zip: CHICAGO, IL 60606

Bar ID Number: IL STATE 6302112
(See item 3 in instructions)

Telephone Number: 312-741-0990

Email Address: pwatts@mgl.law

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 06/17/2026

Attorney signature: S/ PATRICK A. WATTS
(Use electronic signature if the appearance form is filed electronically.)